**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 12-cr-00033-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMSHID MUHTOROV,
a/k/a "Abumumin Turkistony,"
a/k/a "Abu Mumin,"

    Defendant.

---

## ORDER TRANSFERRING CASE
---

This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCrR 50.1A, and with approval of Chief Judge Wiley Y. Daniel and the consent of Senior Judge John L. Kane, it is

ORDERED that this matter is transferred to Judge John L. Kane.

DATED: March __07__, 2012

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge