IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 12-cr-00033-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.    JAMSHID MUHTOROV,**

    Defendant.

---

MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    The parties shall appear before me at 10:00 a.m. on March 15, 2012 for a status conference and motions hearing. The parties should be prepared to address all pending motions.

Dated: March 8, 2012