IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 12-cr-00033-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.    JAMSHID MUHTOROV,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The hearing scheduled for 10:00 a.m. on March 15, 2012 is VACATED and RESET for 10:00 a.m. on March 19, 2012.

Dated: March 8, 2012