IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00033-JLK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JAMSHID MUHTOROV, and
BAKHTIYOR JUMAEV,

 Defendants.

---

ORDER re Preliminary CIPA Section 4 Hearing – Docs. 128 and 131

---

**Kane, J.**

 In accordance with the government's oral request made at the May 23, 2012 CIPA Section 2 hearing, this matter is set for a preliminary CIPA Section 4 hearing tomorrow, June 21, 2012, at 2 p.m. in Chambers. The hearing will be conducted on an *ex parte* basis, with counsel for Defendants being afforded an opportunity to meet with the Court immediately afterwards, or at such other time as may be scheduled, also *ex parte*.

 Based on the government's representations at the Section 2 hearing, I view tomorrow's meeting as a preliminary Section 4 hearing convened for the purpose of informing me – in plain language rather than in "code" – what it is that is classified in this case and how the government views the discovery process in light of it. It is not "the" hearing or a hearing at which specific rulings will be considered or made. I will consider how to handle that sort of hearing if and when one is requested. Accordingly,

 Defendant Muhtorov's Motion to Reconsider (Doc. 128) is DENIED in part and

GRANTED in part. Specifically, the Motion is DENIED to the extent it asks that tomorrow's CIPA Section 4 hearing be open to defense counsel rather than *ex parte*. It is GRANTED with regard to Mr. Muhtorov's alternative request for a separate *ex parte* hearing. The separate hearing is set for **3:00 p.m.** tomorrow, **June 21, 2012**, in my Chambers, unless otherwise scheduled at counsel's request.

DATED: June 20, 2012.

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE